

Cullen and Dykman LLP

The Omni Building

333 Earle Ovington Blvd., 2nd Floor

Uniondale, NY 11553

T: 516.357.3700

F: 516.357.3792

**Gary Muhlstock**
*Partner*
*Direct: 516-357-3756*
*Fax: 516-357-3792*
*E-mail GMuhlstock@CullenLLP.COM*

March 2, 2026

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York

RE: CVS v. 1688
Docket: 1:24-cv-07145

Dear Judge Lehrburger,

Granted.  The case is stayed until June 2, 2026, at which time the stay will automatically lift unless otherwise extended by the Court.

SO ORDERED:

3/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

I represent plaintiff on the above matter and write to you jointly on behalf of myself and counsel for the defendant.

This litigation is based upon claims of breach of contract relating to a lease between the parties particularly concerning general liability insurance coverage between our respective clients. The issue in our case arose from a personal injury litigation in an underlying case, entitled <u>Deochand Gopee v. CVS and 1688 Rojav Realty,</u> which is pending in New York Supreme Court, Bronx County under Index # 32396/2020. The state court case now has what is believed to be a firm trial date of 4/6/26. In addition, for the first time, it is our understanding that significant settlement discussions are underway.

Should there be a verdict or settlement in the underlying case, it is our belief that the case pending before this Court may either be rendered moot or at the very least, significantly reduce the plaintiff's claimed damages. We are, therefore, respectfully requesting that the Court grant a 90 day stay on the litigation. This will avoid both sides incurring significant litigation expenses at this stage, as well as not wasting the Court's time on unnecessary litigation. All written discovery has been completed and we are up to the point of scheduling depositions.

There has been one request to extend the discovery dates in this matter, which was granted. The current schedule is as follows:

March 16, 2026-Complete Depositions.
April 6, 2026-Request to Admit.
April 27, 2026-Complete fact discovery.
May 4, 2026-Meet and confer regarding a schedule of expert disclosures.
July 17, 2026-Complete expert discovery.



Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Blvd., 2nd Floor
Uniondale, NY 11553
T: 516.357.3700
F: 516.357.3792

The Court's consideration of this application is greatly appreciated.

Respectfully submitted,

*Gary Muhlstock*

Gary Muhlstock

GPM;jk

cc: VIA ECF – jruderman@cszlaw.com – Cyruli Shanks & Zizmor LLP – *Attorneys for Defendant*, 1688 Rojav, LLC